United States District Court
Southern District of Texas
**ENTERED**
December 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HENRRY S-S.[1], | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-270 |
| | § | |
| MIGUEL VERGARA, *et al*., | § | |
| *in their official capacities*, | § | |
| Respondents. | § | |

## ORDER REQUIRING PROOF OF SERVICE
## OR MOTION FOR LEAVE TO FILE AMENDED PETITION

On December 16, 2025, the Court received Petitioner Henrry S-S.'s "Amended Petition for Writ of Habeas Corpus." Dkt. No. 13. However, Petitioner filed his original Petition about 33 days earlier, on November 13, 2025. Dkt. No. 1.

No responsive pleading had been filed prior to December 16, 2025. No proof of service has been filed on the Court's electronic system. The Amended Petition does not represent that it was filed with the opposing party's written consent.

Under Federal Rule of Civil Procedure 15(a)(1) "a party may amend his pleading once as a matter of course within 21 days after serving it" or if a response is required "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b),(e), or (f), whichever is earlier." After this, pleadings may be amended "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

The Court cannot ascertain the date of service upon Respondents of the original Petition (Dkt. No. 1), and, therefore, cannot ascertain whether Petitioner's Amended Petition falls within the permissible 21-day limit of Rule 15(a)(1).

For this reason, the Court **ORDERS** Petitioner to file proof of service of the original Petition (Dkt. No. 1) **or** to file a motion for leave to file the amended petition pursuant to Rule

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

15(a)(2) **no later than December 19, 2025**.

Signed on December 16, 2025.

_____
Karen Betancourt
United States Magistrate Judge