Case 1:25-cv-00270   Document 17   Filed 12/19/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HENRRY S-S.[1], §<br>    Petitioner, §<br>§<br>v. §<br>§<br>MIGUEL VERGARA, *et al.*, §<br>*in their official capacities*, §<br>    Respondents. § | CIVIL ACTION NO. 1:25-cv-270 |

## ORDER GRANTING MOTION FOR LEAVE
## TO FILE AMENDED PETITION (Dkt. No. 15)

On December 18, 2025, the Court received Petitioner Henrry S-S.'s "Motion for Leave to File Amended Habeas Petition" (Dkt. No. 15). Petitioner seeks leave of court to re-file the Amended Petition. Dkt. No. 15, p. 2. Petitioner states that Respondents were not served with the original petition. *Id.* at 3. Additionally, Petitioner represents that the S.A.U.S.A. assigned to this case is unopposed to Petitioner's request to file the amended petition. *Id.*

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, "[t]he Court should freely give leave when justice so requires." Rule 15 "evinces a bias in favor of granting leave to amend." *Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 597 (5th Cir. 1981). Further, the Courts should grant a motion to amend "unless there is a substantial reason" to deny amendment. *Leffall v. Dallas Independent School Dist.*, 28 F.3d 521, 524 (5th Cir. 1994).

Given Petitioner's representations, the applicable law, and the lack of objection from the defendant, the Court **GRANTS** Petitioner's "Motion for Leave to file Amended Habeas Petition" (Dkt. No. 15).

Further, the District Clerk is **DIRECTED** to re-file Petitioner's "Amended Petition for Writ of Habeas Corpus" (Dkt. No. 15, pp. 7-21; Dkt. No. 15, Exhibit "A") as a new entry on the docket; this submission will act as the operative complaint in this case.

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

Signed on December 19, 2025.

*Karen Betancourt*
_____
Karen Betancourt
United States Magistrate Judge