United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| HENRRY S-S., <br> "Petitioner," <br> <br> v. <br> <br> MIGUEL VERGARA, *et al.,* <br> "Respondents." | § <br> § <br> § <br> § <br> § Civil Action No. 1:25-cv-00270 <br> § <br> § |

## ORDER

Before the Court is "Petitioner's Emergency Motion for Temporary Restraining Order and Injunctive Relief" (Dkt. No. 22) ("Motion for TRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to Petitioner's Motion for TRO by **January 13, 2026, at 5 p.m.** CST. The Petitioner is not to be removed; his status quo is to remain "as is" pending resolution of this case.

Signed on December 30, 2025.

_____
Rolando Olvera
United States District Judge