United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HENRRY S.S., | § | |
|     "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00270 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
|     "Respondents." | § | |
| | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's "Report and Recommendation to Dismiss Plaintiff's Action for Failure to Prosecute" (Dkt. No. 30) ("R&R"). The R&R recommends that the Court: (1) dismiss without prejudice Petitioner's "Verified Petition for Writ of Habeas Corpus" (Dkt. No. 13) ("Petition") and (2) direct the Clerk of Court to close the case. Dkt. No. 30 at 2.

The R&R was published on March 23, 2026, and objections to the R&R were due on April 6, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 30) is **ADOPTED**. The Petition (Dkt. No. 13) is hereby **DISMISSED** without prejudice. The Clerk of the Court is **ORDERED** to close this case.

    SIGNED this April 9, 2026

_____
Rolando Olvera
United States District Judge